IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAESAR MARTINEZ,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br>Case No. 2:07-CR-173 TS |

This matter is before the Court on Defendant Caesar Martinez's Motion for Early Termination of Supervised Release. Having considered the file, the circumstances presented by this case, and being otherwise fully informed, the Court will grant Defendant's Motion, as set forth below.

I. BACKGROUND

On March 15, 2007, Defendant was charged with possession of a stolen motor vehicle. A Superseding Indictment was issued on June 4, 2008, adding various other charges, including possession of a firearm by a felon. On January 14, 2010, Defendant pleaded guilty to being a

1

felon in possession of a firearm. Defendant was sentenced, on October 7, 2010, to a prison term of twelve months and one day, with thirty-six months of supervised release. Defendant began his supervision on September 30, 2011.

## II. DISCUSSION

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is warranted by the conduct of an offender and is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

The Court has considered these factors, reviewed the docket and case file, and consulted with Defendant's supervising officer. The Court notes that Defendant has been fully compliant with the terms of his supervised release and has done well on supervision. Therefore, the Court finds that early termination of Defendant's term of supervised release is both warranted by the conduct of the offender and in the interest of justice.

## III. CONCLUSION

It is therefore

ORDERED that Defendant's Motion for Early Termination of Supervised Release (Docket No. 704) is GRANTED. Defendant's term of supervised release shall be terminated effective immediately, and this case shall be closed.

DATED   September 23, 2013.

BY THE COURT:

_____
TED STEWART
United States District Judge